# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

RICHARD PATRICK HORTON            PLAINTIFF

V.            CASE NO. 5:17-CV-05146

TRANSPORT DEPUTY SIMER;
LIEUTENANT R. HOLT; SERGEANT
WHITNEIGH GUENTHER; DEPUTY
K. COGDILL; and DEPUTY Z. JOHNSTON,
Transport Supervisor            DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this date, the Defendants' Motion for Summary Judgment (Doc. 46) is **GRANTED,** and the case **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED** on this 31st day of January, 2019.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE